United States Bankruptcy Court
Central District of California

In re:  
Victor Manuel Garcia  
Mariela Sanchez  
      Debtors

Case No. 11-13412-SY  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: ldensonC      Page 1 of 1      Date Rcvd: Jul 28, 2017  
                        Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.  
db/jdb      +Victor Manuel Garcia,   Mariela Sanchez,   1792 Via Verde Drive,   Rialto, CA 92377-3709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:

         Balpreet Thiara   on behalf of Creditor   US Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-BC3 bkthiara@gmail.com, mvanfleet@albertellilaw.com  
         Bobbie A Novin   on behalf of Creditor   Toyota Motor Credit Corporation bnovin@nbsdefaultservices.com  
         H Christopher Coburn   on behalf of Joint Debtor Mariela Sanchez hccoburn@gmail.com  
         H Christopher Coburn   on behalf of Debtor Victor Manuel Garcia hccoburn@gmail.com  
         James T King   on behalf of Debtor Victor Manuel Garcia ecfnotices@kingobk.com  
         James T King   on behalf of Joint Debtor Mariela Sanchez ecfnotices@kingobk.com  
         Jill A Sturgeon   on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com  
         John P Pringle (TR)   brenfro@rpmlaw.com, jpp@trustesolutions.net  
         Mariely Jennings   on behalf of Creditor   Recoser, LLC claims-recoser@recoverycorp.com, claims-recoser@recoverycorp.com  
         Patti H Bass   on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com  
         Philip J Giles   on behalf of Interested Party   Courtesy NEF pgiles@allenbarneslaw.com, mvasquez@allenbarneslaw.com  
         Toan B Chung   on behalf of Trustee John P Pringle (TR) tbchung@rpmlaw.com, toan.b.chung@gmail.com;bankpara@rpmlaw.com  
         Toan B Chung   on behalf of Interested Party   Courtesy NEF tbchung@rpmlaw.com, toan.b.chung@gmail.com;bankpara@rpmlaw.com  
         Toan B Chung   on behalf of Attorney   Roquemore Pringle & Moore tbchung@rpmlaw.com, toan.b.chung@gmail.com;bankpara@rpmlaw.com  
         United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov  
                                                                                                 TOTAL: 15

| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>JOHN P. PRINGLE, SBN 072300<br>6055 E. Washington Blvd., Suite 500<br>Los Angeles, CA 90040<br>Telephone (323) 727-9589<br>Facsimile (323) 724-5410<br>jpringle@rpmlaw.com<br><br>☐ Attorney for chapter 7 trustee<br>☒ Chapter 7 trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 28 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY denson    DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION** ||
| In re:<br><br>VICTOR MANUEL GARCIA, and,<br>MARIELA SANCHEZ,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:11-bk-13412-SY<br>CHAPTER: 7 |
|  | **ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**<br>**(1) COURT AND U.S. TRUSTEE FEES; AND**<br>**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**<br>**[LBR 2016-1(c)(4)]** |
|  | DATE: July 27, 2017<br>TIME: 9:30 a.m.<br>COURTROOM: 302<br>ADDRESS: 3420 Twelfth Street, Riverside, CA 92501 |

The chapter 7 trustee filed a Trustee's Final Report in this case. Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals. Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees:  U.S. Bankruptcy Court and U.S. Trustee**
   U.S. Bankruptcy Court fees *(specify)*

|  | $ |
|---|---|
|  | $ |
|  | $ |

| Subtotal of court fees: | $0.00 |
|---|---|
| U.S. Trustee fees | $0.00 |
| Total allowed court and U.S. Trustee fees | $0.00 |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016* | Page 1 | **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

2. **Professional Fees and Expenses:**

   a. Chapter 7 Professional Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | (1) **Name of Professional/Profession:** Roquemore Pringle & Moore, Inc., Counsel for Trustee | | | | |
   | Fees | $9,712.00 | $9,712.00 | $0.00 | $9,712.00 |
   | Expenses | $ 208.42 | $ 208.42 | $0.00 | $ 208.42 |
   | (2) **Name of Professional/Profession:** LEA Accountancy, LLP, Tax Preparer | | | | |
   | Fees | $750.00 | $ 750.00 | $750.00 | $ 0.00 |
   | Expenses | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
   | (3) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |

   ☐ Additional professional fees and expenses attached.

   b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | (1) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |
   | (2) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |
   | (3) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |

   ☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**

   a. Chapter 7 Trustee Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | **Trustee** (*name*): John P. Pringle | | | | |
   | Fees | $5,900.00 | $5,900.00 | $ 0.00 | $5,900.00 |
   | Expenses | $ 141.71 | $ 141.71 | $ 0.00 | $ 141.71 |
   | Bank Fees | $ 967.23 | $ 967.23 | $967.23 | $ 0.00 |
   | Bond | $ 38.50 | $ 38.50 | $ 38.50 | $ 0.00 |
   | Taxes | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

   ☐ Additional trustee fees and expenses attached.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

b.  Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

|  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** (*name*): | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| Bank Fees | $ | $ | $ | $ |
| Bond | $ | $ | $ | $ |
| Taxes | $ | $ | $ | $ |

☐ Additional trustee fees and expenses attached.

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals.  If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order.  Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals.  The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5.  ☐ Other:

###

Date: July 28, 2017

Scott H. Yun
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*        Page 3        **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**